IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GLYRON J. BAKER, #911672 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv233 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Second Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's motion to withdraw his § 2254 petition (Docket Entry #7), construed as a motion to voluntarily dismiss the case, is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED** without prejudice. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 30th day of May, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**